IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| HENRY JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 121-029 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS; MR. EDWARD PHILBIN, Warden; MS. TAMIKA HARVEY, Deputy Warden of Security; MS. MELCHERT, Health Service Administrator; MS. RUTH SHELTON, Deputy Warden of Care and Treatment; and MS. JAQULYN CHAMPION, Food Director, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 16th day of April, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA